## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVKA LOEFFLER,<br><br>              Plaintiff,<br><br>      -v-<br><br>JPMORGAN CHASE BANK, N.A.; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>              Defendants. | Civil Action No. 1:26-cv-1324 |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1.      Experian and JPMorgan Chase Bank, N.A. ("JPMCB") are named Defendants in Case Index No. 030174/2026 filed by Plaintiff Rivka Loeffler ("Plaintiff") in the Supreme Court of the State of New York, Rockland County (the "State Court Action").

2.      The Complaint in the State Court Action was filed on or about January 8, 2026. Experian received Plaintiff's Complaint via hand delivery at its corporate headquarters on January 16, 2026.

ME1\60001704.v2

3.      This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based, as required by 28 U.S.C. § 1446(b). Upon information and belief, JPMCB was served on or about February 12, 2026. JPMCB joins in and consents to removal.  See **Exhibit A**.

4.      This Court is the proper district court for removal because the State Court Action is pending within this district.

5.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit B**.

6.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.      The claims for relief against Experian in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9.     Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through Plaintiff's attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated:   New York, New York
         February 17, 2026

Respectfully Submitted,

**McCARTER & ENGLISH, LLP**

*/s/ Brian W. Carroll*
Brian W. Carroll, Esq.
250 West 55th St., 13th Floor
New York, NY 10019
212.609.6800
bcarroll@mccarter.com

*Attorneys for Defendant Experian*
*Information Solutions, Inc.*

ME1\60001704.v2