# EXHIBIT A

ME1\60001704.v2

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK


RIVKA LOEFFLER,

      Plaintiff,

                                          Case No.

v.

JPMORGAN CHASE BANK, N.A.; and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

      Defendants.

### DEFENDANT EQUIFAX INFORMATION SERVICES, INC.'S
### <u>JOINDER AND CONSENT TO REMOVAL</u>

Without waiving any of its defenses or any other rights, Defendant JPMorgan Chase Bank, N.A., hereby joins in and consents to the removal of this action from the Supreme Court of the State of New York, Rockland County, wherein it is now pending, to the United States District Court for the Southern District of New York. Removal is proper for the reasons stated in Defendant Experian Information Solutions, Inc.'s Notice of Removal.

February 16, 2025.            Respectfully submitted,

                                          _____
                                          Randall J. Imwalle
                                          Assistant General Counsel
                                          JPMorgan Chase Bank, N.A.
                                          1111 Polaris Parkway
                                          Columbus, OH  43240

                                          ***Counsel for Defendant***
                                          ***JPMorgan Chase Bank, N.A.***