**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIVKA LOEFFLER,<br><br>         Plaintiff,<br><br>    -v-<br><br>JPMORGAN CHASE BANK, N.A.;<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>         Defendants. | Civil Action No. 1:26-cv-1324 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    a. Central Source LLC

    b. Online Data Exchange LLC

    c. New Management Services LLC

    d. VantageScore Solutions LLC

    e. Opt-Out Services LLC

ME1\60015706.v1

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated:  February 17, 2026
        New York, NY

Respectfully Submitted,

**McCARTER & ENGLISH, LLP**

By: *s/ Brian W. Carroll*
    Brian W. Carroll, Esq.
    250 West 55th St., 13th Floor
    New York, NY 10019
    212.609.6800
    bcarroll@mccarter.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

2