UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RIVKA LOEFFLER,

        Plaintiff,

       -against-

JPMORGAN CHASE BANK, N.A.; and
 EXPERIAN INFORMATON SOLUTIONS, INC.,

        Defendants.

-------------------------------------------------------------X

Civil Action No.: 1:26-cv-1324

**APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendant JPMorgan Chase Bank, N.A.

February 20, 2026
Date

Signature

mt-0331
New York Federal Bar Number

Michelle E. Tarson
Print Clearly or Type Name

(516) 812-4519
Telephone Number

401 Franklin Avenue, Suite 300
Garden City, New York 11530
Address

(516) 812-4619
Fax Number

mtarson@staggwabnik.com
E-mail Address