UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RIVKA LOEFFLER,

        Plaintiff,

    -against-

JPMORGAN CHASE BANK, N.A.; and
 EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendants.
-------------------------------------------------------------X

Civil Action No.: 1:26-cv-1324

**APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendant JPMorgan Chase Bank, N.A.

| | |
|---|---|
| February 24, 2026 | |
| Date | Signature |
| Ts-0426 | Thomas E. Stagg |
| New York Federal Bar Number | Print Clearly or Type Name |
| (516) 812-4501 | 401 Franklin Avenue, Suite 300 |
| Telephone Number | Garden City, New York 11530 |
| | Address |
| (516) 812-4601 | |
| Fax Number | |
| tstagg@staggwabnik.com | |
| E-mail Address | |