**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| RIVKA LOEFFLER,<br><br>         Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; and<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.,<br><br>         Defendants. | Case No. 1:26-cv-01324 |

**AFFIRMATION OF SERVICE**

BRIAN W. CARROLL, an attorney duly admitted to practice law in this Court, hereby affirms under penalty of perjury as follows:

1.      I am a Partner with the law firm McCarter & English, LLP, counsel for Defendant Experian Information Solutions, Inc. ("Experian") in this action.  I am over the age of 18 and have personal knowledge of all facts set forth herein.

2.      On February 24, 2026, I caused this Court's February 24, 2026 Notice of Initial Pretrial Conference and Civil Individual Practices to be served on Plaintiff's attorney, Daniel Zemel, Esq., via electronic mail sent to the e-mail address listed in Plaintiff's Complaint: dz@zemellawllc.com. See Dkt. 1-2. A true and correct copy of that correspondence is annexed hereto as Exhibit A.  I did not receive any delivery-failure messages in response thereto.

3.      Also on February 24, 2026, I attempted to serve this Court's February 24, 2026 Notice of Initial Pretrial Conference and Civil Individual Practices to be served on Plaintiff's attorney, Daniel Zemel, Esq., via Federal Express (FedEx) to the mailing address listed in Plaintiff's Complaint: Daniel Zemel, Esq., Zemel Law LLC, 660 Broadway, Paterson, NJ 07514.

ME1\60118286.v1

4.	On February 25, 2026, FedEx advised that the aforementioned mailing address was incorrect.  Accordingly, at my direction, FedEx re-attempted service of this Court's February 24, 2026 Notice of Initial Pretrial Conference and Civil Individual Practices on Zemel Law LLC at the address listed on its website (https://zemellawllc.com/contact): 400 Sylvan Avenue, Suite 200, Englewood Cliffs NJ, 07632.  On February 26, 2026, FedEx advised that service was successfully effectuated at that address.

I affirm under penalty of perjury that the foregoing is true and correct

Dated:	February 26, 2026
	New York, New York

*/s/ Brian W. Carroll*
Brian W. Carroll, Esq.
**McCARTER & ENGLISH, LLP**
250 West 55th St., 13th Floor
New York, NY 10019
212.609.6800
bcarroll@mccarter.com

*Attorneys for Defendant Experian*
*Information Solutions, Inc.*