UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RIVKA LOEFFLER,

        Plaintiff,

        -against-

JPMORGAN CHASE BANK, N.A.; and
 EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendants.
-------------------------------------------------------------X

Civil Action No.: 1:26-cv-1324

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A., by its undersigned counsel, states as follows:

Defendant JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated: Garden City, New York
      February 20, 2026

                Stagg Wabnik Law Group LLP

                By: _____
                    Michelle E. Tarson
                *Attorneys for Defendant*
                *JPMorgan Chase Bank, N.A.*
                401 Franklin Avenue, Suite 300
                Garden City, New York 11530
                (516) 812-4519
                mtarson@staggwabnik.com